PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LANA WEATHERLY,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:24-cv-00250-BAM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will instruct the administrative law judge (ALJ) to take any action necessary to further develop the record; reevaluate the medical evidence and other evidence of record; reevaluate Plaintiff's ability to perform a significant number of jobs at step five, obtaining vocational expert evidence, if necessary; offer Plaintiff the

STIPULATION TO REMAND; 1:24-cv-00250-BAM

opportunity for a new hearing; and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE:  May 6, 2024                    */s/ Francesco Paulo Benavides\**
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff
*Authorized via e-mail on May 6, 2024

PHILLIP A. TALBERT
United States Attorney

MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

DATE: May 6, 2024           By:    /s/ *Justin L. Martin*
JUSTIN L. MARTIN
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

## ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.  The Clerk of the Court is directed to enter final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
IT IS SO ORDERED.

Dated:  **May 7, 2024**                        /s/ Barbara A. McAuliffe             _
UNITED STATES MAGISTRATE JUDGE